UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Docket No.: 10-3386

RAIMUNDO YANES, DEYBIS E. YANES, and
MELVIN ROLANDO GRANADOS CANALES,              STIPULATION EXTENDING
on behalf of themselves, and all others similarly        TIME TO ANSWER
situated, ALFREDO VELASQUEZ, individually and
OSCAR CABRERA, individually,
                    Plaintiffs,

              -against-
RANV INC. d/b/a MR. SAUSAGE, MR. SAUSAGE,
LLC d/b/a MR. SAUSAGE, PIANURA INC., d/b/a         (Hon. Sandra Feuerstein, USDJ)
MR.SAUSAGE AMANTEA RVN, INC., d/b/a
MR. SAUSAGE, MR. SAUSAGE OF HUNTINGTON,
INC. d/b/a MR. SAUSAGE, NICOLA BALDANZA,
an individual, and ROCCO BALDANZA, an individual
                    Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that Defendants, RANV INC, d/b/a MR. SAUSAGE, MR.SAUSAGE, LLC d/b/a MR. SAUSAGE, PIANURA INC., d/b/a/ MR. SAUSAGE AMANTEA RVN, INC., d/b/a MR. SAUSAGE, MR. SAUSAGE OF HUNTINGTON, INC. d/b/a MR. SAUSAGE, NICOLA BALDANZA, an individual, and ROCCO BALDANZA, an individual, time to appear or answer or move against the Summons and Complaint is hereby extended up to and including October 30, 2010.

The parties hereto agree that facsimile transmission of this Stipulation and signatures thereupon shall be binding.

Defendants waive the defense of Lack of Personal Jurisdiction.

Dated: Jericho, New York
       September 17 2010

LAW OFFICE OF DANIEL R. OLIVIERI, P.C.         SHULMAN KESSLER LLP
Attorneys for Defendants                        Attorneys for Plaintiffs
100 Jericho Quadrangle, Suite 233               510 Broadhollow Road, Suite 110
Jericho, New York 11753                         Melville, New York 11747
(516) 470-0704                                  (631) 499-9100

_____                 _____
DANIEL R. OLIVIERI, ESQ.                        TROY L. KESSLER, ESQ.

SO ORDERED: